IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHERIE HONEYCUTT                                                                      PLAINTIFF

vs.                                        CASE NO. 08-6088

DAVE SLAYMAKER, CHRIS ROBINSON, and
JANET HUGO, in their individual and official capacities
As officials of the Arkansas School for Mathematics
Sciences, and the Arts, the BOARD OF TRUSTEES
OF THE UNIVERSITY OF ARKANSAS                                              DEFENDANTS

## MOTION TO CORRECT MISNOMER

Comes now, Cherie Honeycutt, by and through their counsel, Harrill & Sutter, P.L.L.C., and for her Motion, states:

1.     Undersigned counsel filed the Complaint in this matter on October 27, 2008 and incorrectly misspelled Defendant's Chris Robbins name as "Chris Robinson".

2.     Undersigned counsel moves the Court to change the style of this matter to correctly reflect the name of Defendant "Chris Robbins".

WHEREFORE, undersigned counsel prays for an Order to change the style of this matter to correctly reflect the name of "Chris Robbins," and for all other proper relief to which Plaintiffs are entitled.

Respectfully submitted,

HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 West Conway Street
Post Office Box 2012
Benton, Arkansas 72018
501/315-1910; Facsimile 501/315-1916
Attorneys for the Plaintiff


By     */s/ Lucien Gillham*
       Lucien Gillham, Ark. Bar #99199

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of November 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendant:

Adria Nobles Kimbrough
Associate General Counsel
University of Arkansas Sytem
2404 North University Avenue
Little Rock, Arkansas 72207

                      */s/ Lucien Gillham*
                        Lucien Gillham

g:\doc\honeycutt\misnomer.doc